UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY ALUMINUM CO., et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>AGCS MARINE INSURANCE CO.,<br><br>    Defendant | Case No.: C-11-02514-YGR<br><br>**ORDER REGARDING SELECTION OF MEDIATOR** |

    Based on the recommendations of the parties submitted on January 18 and 19, 2012, including without limitations, the proposed mediators' expertise and availability, the Court hereby orders the parties to mediate with Martin Quinn. If for any reason, Mr. Quinn is not able to confirm the mediation, the parties shall mediate with Bernard McLaughlin.

    **IT IS SO ORDERED.**

Dated: January 23, 2012

_____
**YVONNE GONZALEZ ROGERS**
**United States District Judge**