VERA P. PARDEE (State Bar No. 106146)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: 415.436.9682 ext. 317
Facsimile: 415.436.9683

Attorney for Plaintiff
CENTER FOR BIOLOGICAL DIVERSITY

HELEN H. KANG (State Bar No. 124730)
Environmental Law and Justice Clinic
Golden Gate University School of Law
536 Mission Street
San Francisco, CA 94105
Telephone: 415.442.6647
Facsimile: 415.896.2450

Attorney for Plaintiffs
GREENPEACE, INC. and
PORT TOWNSEND AIRWATCHERS

[Counsel for Defendants listed below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, GREENPEACE, INC., and PORT TOWNSEND AIRWATCHERS,<br>　　　　Plaintiffs,<br>　　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and LISA P. JACKSON, Administrator, United States Environmental Protection Agency,<br>　　　　Defendants, | Case No.: C-11-06059 YGR<br><br>Complaint Filed: December 6, 2011<br><br>**JOINT CASE MANAGEMENT STATEMENT:** *MODIFIED* ~~PROPOSED~~ **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
NORMAN L. RAVE, JR. (D.C. 431602)
Environmental Defense Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C.  20044
TEL:      (202) 616–7568
FAX:      (202) 514-8865
e-mail:   norman.rave@usdoj.gov

Attorney for Defendants

# ORDER [*MODIFIED*]

1. The May 21, 2012 Case Management Conference is **CONTINUED** to **July 2, 2012**. Telephonic appearances will not be allowed.

2. The Consent Motion to Appear by Telephone at the May 21, 2012 Case Management Conference, Dkt. No. 29, is **DENIED AS MOOT**.

3. Initial disclosures should be made by May 29, 2012.

4. Defendants shall provide Plaintiffs with a settlement proposal with a proposed schedule of compliance by May 29, 2012.  Along with its settlement proposal Defendants will identify each required task; the time required to perform them; and the bases for the amount of time Defendants propose for performing each task.

5. The parties shall meet and confer on Defendants' production of their proposed schedule of compliance to determine whether a settlement is likely and to propose a discovery plan on or before June 12, 2012.  The parties shall submit to this Court a discovery plan by June 14, 2012.

6. <u>Plaintiffs' Position</u>:  Unless the parties agree to settle the case or stipulate to an extension, Defendants shall produce the proposed schedule of compliance (which shall not be subject to any settlement privilege) to Plaintiffs by June 12, 2012, and identify each required

1  task; the time required to perform each; and the bases for the amount of time Defendants propose
2  for performing each task.
3    Defendants' Position: Unless the parties agree to settle the case or stipulate to an
4  extension, Defendants shall produce a proposed schedule of compliance (which shall not be
5  subject to any settlement privilege) to Plaintiffs by June 12, 2012.
6    7. This Order Terminates Docket Number 29.
7  Dated: May 11, 2012

                                                    _____
                                                    **YVONNE GONZALEZ ROGERS**
                                                    **UNITED STATES DISTRICT COURT JUDGE**