1  ROBERT G. DREHER
   Acting Assistant Attorney General
2  Environment & Natural Resources Division
   NORMAN L. RAVE, JR. (D.C. 431602)
3  Environmental Defense Section
   Environment & Natural Resources Division
4  United States Department of Justice
   P.O. Box 7611
5  Washington, D.C.  20044
6  TEL:      (202) 616–7568
   FAX:      (202) 514-8865
7  e-mail:  norman.rave@usdoj.gov

**IT IS SO ORDERED**
Judge Yvonne Gonzalez Rogers
4/23/2014

[Counsel for Plaintiffs listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, GREENPEACE, INC., and PORT TOWNSEND AIRWATCHERS,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENC,Y et al.,<br><br>　　　　　Defendants. | Case No.: C-11-06059 YGR<br><br>**JOINT NOTICE THAT CONSENT DECREE OBLIGATIONS HAVE BEEN FULFILLED** |

**JOINT NOTICE THAT CONSENT DECREE
OBLIGATIONS HAVE BEEN FULFILLED**

In accordance with Paragraph 15 of the Consent Decree, DE 46, Defendants United States Environmental Protection Agency, and Gina McCarthy, Administrator, in her official capacity, (collectively "EPA") and Plaintiffs Greenpeace, Inc., Port Townsend Airwatchers, and Center for Biological Diversity, hereby provide notice that EPA has fulfilled the requirements of Paragraphs 2 and 3 of the Consent and that Plaintiffs' claims for cost of litigation have been

1  resolved. Specifically, the EPA Administrator signed proposed and final rules by the dates
2  specified in Paragraph 2 of the Consent Decree and the proposed and final rules were submitted
3  to the Office of Federal Register as required by Paragraph 3. The final rule has now been
4  published in the Federal Register. 79 Fed. Reg. 18,952 (April 4, 2014). In addition, Plaintiffs'
5  claims for costs of litigation were resolved by settlement pursuant to the process described in
6  Paragraph 6 of the Consent Decree.
7      Accordingly, as provided in Paragraph 15 of the Consent Decree, the Consent Decree is
8  terminated, this case may be dismissed with prejudice, and the case may be closed.

                             Respectfully submitted,

ROBERT G. DREHER
Acting Assistant Attorney General
Environment & Natural Resources Division

/S Norman L. Rave, Jr.
NORMAN L. RAVE, JR. (D.C. 431602)
Environmental Defense Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
TEL:     (202) 616-7568
FAX:     (202) 514-8865
norman.rave@usdoj.gov

Attorneys for EPA

/S  Helen Kang
HELEN KANG(State Bar No. 124730)
Environmental Law and Justice Clinic
Golden Gate University School of Law
536 Mission Street
San Francisco, CA 94105
Telephone: 415.442.6647
Facsimile: 415.896.2450
hkang@ggu.edu

Attorney for Plaintiffs GREENPEACE, INC. and
PORT TOWNSEND AIRWATCHERS

1
2
3
4
5
6
7
8

/S Vera P. Pardee
VERA P. PARDEE (State Bar No. 106146)
KEVIN BUNDY (State Bar No. 231686)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: 415.436.9682 ext. 317
Facsimile: 415.436.9683
vpardee@biologicaldiversity.org

Attorneys for Plaintiff CENTER FOR
BIOLOGICAL DIVERSITY

9
10 April 16, 2014
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ATTESTATION FOR NOTICE THAT CONSENT DECREE OBLIGATIONS HAVE BEEN FULFILLED

Pursuant to Local Rule 5-1(i)(3), I attest that Vera Pardee and Helen Kang have concurred in the filing of this document.

Dated: April 16, 2014

/S/ Norman L. Rave, Jr..
Norman L. Rave, Jr.
Attorney for Defendants

## CERTIFICATE OF SERVICE

I, Norman L. Rave, Jr., hereby certify that on April 16, 2014, I caused the foregoing to be served upon counsel of record through the Court's electronic service system.

/s/ Norman L. Rave, Jr.
Norman L. Rave, Jr.